UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NEW PELICAN CHARTERS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-00086 |
| | § | |
| UNKNOWN CLAIMANTS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATION

Now pending is Petitioner New Pelican Charters, LLC's motion for entry of default (D.E. 50). New Pelican initiated this admiralty action for exoneration from or limitation of liability resulting from an allision that occurred on July 21, 2017. In April 2018, the District Court entered an order requiring all prospective claimants to file their claim against New Pelican on or before June 1, 2018. (D.E. 9). New Pelican published notice of the action and mailed notice to all known claimants. (D.E. 13). To this date, only Calvin Sanders and Steve Gilliam have filed claims. (*See* D.E. 12).

Because no other persons timely filed a claim, and the June 1, 2018, deadline to file a claim has long since passed, it is recommended that New Pelican's motion for entry of default (D.E. 50) be GRANTED and that all persons who have not timely filed claims defaulted.

Respectfully submitted this 14th day of April, 2020.

_____
Julie K. Hampton
United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (*en banc*).