Case 2:18-cv-00086   Document 54   Filed on 05/07/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 08, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| NEW PELICAN CHARTERS, LLC, § § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:18-CV-86 |
| § | |
| UNKNOWN CLAIMANTS, *et al*, § § | |
| Defendants. § | |

## ORDER

The Court is in receipt of the Magistrate Judge's Memorandum and Recommendation ("M&R") to enter default against all persons who have not timely filed claims, Dkt. No. 51. No party has filed objections to the M&R. The Court is also in receipt of the Joint Stipulation of Dismissal with prejudice from Plaintiff New Pelican Charters, LLC, and Claimants Steve Wayne Gilliam and Calvin Sanders, Dkt. No. 53.

After independently reviewing the record, the filings, and the relevant law, the Court **ADOPTS** the M&R in its entirety, Dkt. No. 51 and **GRANTS** the motion for default of all persons who have not filed claims in this action for exoneration or limitation of liability, Dkt. No. 50; *see Texas Gulf Sulphur Co. v. Blue Stack Towing Co.*, 313 F.2d 359, 360 (5th Cir. 1963). A stipulation of dismissal "is effective upon filing and does not require the approval of the court." *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010). Because the above-captioned case has been dismissed with prejudice, Dkt. No. 53, the Court **VACATES** all settings and deadlines and **DIRECTS** the Clerk of the Court to close the case.

SIGNED this 7th day of May, 2020.

Hilda Tagle
Senior United States District Judge